### THE BOLIVIA.

#### DECHAN v. BARROW STEAMSHIP CO., Limited.

(Circuit Court of Appeals, Second Circuit. November 16, 1894.)

Appeal from the District Court of the United States for the Southern District of New York.

Samuel B. Johnson, for libelant and appellant.

Wing, Shoudy & Putnam, for claimant and appellee.

Order filed declaring action abated by reason of death of the libelant.

---

### CENTRAL VERMONT R. CO. v. LEWIS.

(Circuit Court of Appeals, Second Circuit. January 8, 1895.)

Appeal from the Circuit Court of the United States for the Northern District of New York.

Louis Hasbrouck, for appellant.

Shedden & Booth, for appellee.

Dismissed, per stipulation of consent withdrawing appeal.